1

2  **Danny J. Horen, Esq.**
Managing Associate

3  Kazerouni Law Group, APC
7854 W. Sahara Avenue

4  Las Vegas, NV 89117
Phone: 800-400-6808, ext. 7

5  Attorney for PLAINTIFF

6

7  ## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9  MARGARET TYREE,                    ) Case No. 2:15-cv-00570-JCM-PAL
)
10                      Plaintiff,     )
)
11  vs.                              ) **UNOPPOSED MOTION FOR**
) **EXTENSION OF TIME FOR**
12  OCWEN LOAN SERVICING et al.,     ) **EQUIFAX INFORMATION**
) **SERVICES LLC TO FILE ITS**
13                      Defendants.    ) **ANSWER**
)
14  _____ ) (First Request)

15

16

17

18

19

20

21

22

23

24

25                                      **-1-**

1

2      Pursuant to LR 6-2, Plaintiff moves that Defendant Equifax Information

3   Services LLC's ("Equifax") time to answer, move or otherwise respond to the

4   Complaint in this action is extended through and including July 6, 2015.  Equifax

5   does not oppose the motion.

6      Plaintiff and Equifax are actively engaged in settlement discussions.  The

7   additional time to respond to the Complaint will facilitate settlement discussions.

8   This motion is filed in good faith and not intended to cause delay.

9      Respectfully submitted this 22nd day of June, 2015.

10

11                          /s/  Danny J. Horen
                            Danny J. Horen
12                          Kazerouni Law Group, APC
                            7854 W. Sahara Avenue
13                          Las Vegas, NV
                            Tel:  800-400-6808, ext. 7
14                          Fax: 800-520-5523
                            Email:  danny@kazlg.com
15                          *Attorneys for PLAINTIFF*

16

17                                         IT IS SO ORDERED:

18

19                                         United States Magistrate Judge

20                                         DATED: ____June 25, 2015____

21

22

23

24

25                          -2-

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **UNOPPOSED MOTION FOR  EXTENSION OF TIME FOR EQUIFAX INFORMATION SERVICES LLC TO FILE ITS ANSWER** has been served this 22nd day of June, 2015, via ECF, upon:

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue Suite 130
Henderson, NV 89123

And via U.S. Mail to:

Ian E. Smith
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521

_____
Danny Horen

-3-