Richard C. Gordon, Esq.
Nevada Bar No. 9036
Daniel S. Ivie, Esq.
Nevada Bar No. 10090
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com
       divie@swlaw.com

*Attorneys for Defendant Wells Fargo Dealer Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MARGARET TYREE, | Case No. 2:15-CV-00570-JCM-PAL |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WELLS FARGO DEALER SERVICES TO FILE RESPONSIVE PLEADING** |
| vs. | |
| OCWEN LOAN SERVICING, LLC, WELLS FARGO DEALER SERVICES, and EQUIFAX INFORMATION SERVICES, LLC, | (First Request) |
| Defendants. | |

Defendant Wells Fargo Dealer Services ("Defendant" or "Wells Fargo"), by and through its counsel at the law firm of Snell & Wilmer L.L.P., and Plaintiff Margaret Tyree ("Plaintiff"), by and through her counsel at the law firm of Kazerouni Law Group, APC, hereby stipulate and agree that Wells Fargo shall have until October 12, 2015 to file a responsive pleading to Plaintiff's Complaint, and that any such pleading filed by that date shall be deemed timely.

///

///

///

///

///

22617485

By entering into this stipulation, Wells Fargo does not waive any of its defenses or objections to the lawsuit. The parties agree that this stipulation is not made for the purposes of delay.

DATED this 28th day of September, 2015.

**SNELL & WILMER L.L.P.**

 /s/ *Daniel S. Ivie* 
Richard C. Gordon, Esq.
Daniel S. Ivie, Esq.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
rgordon@swlaw.com
divie@swlaw.com

DATED this 28th day of September, 2015.

**KAZEROUNI LAW GROUP, APC**

 /s/ *Danny Horen* 
Danny Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
danny@kzlg.com

## ORDER

**IT IS SO ORDERED.**

DATED this  8th  day of October , 2015.

_____
U.S. DISTRICT COURT JUDGE

- 2 -

22617485

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT WELLS FARGO DEALER SERVICES TO FILE RESPONSIVE PLEADING has been served this 28th day of September, 2015, via ECF, upon:

Danny Horen, Esq.
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

David H. Krieger
Haines & Krieger LLC
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
*Attorneys for Plaintiff*

Edgar C. Smith, Esq.
Inku Nam, Esq.
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing, LLC*

                                                    /s/ Gaylene Kim
                                        An employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

22617485