UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARGARET TYREE,<br><br>                              Plaintiff,<br>v.<br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>                              Defendant. | Case No. 2:15-cv-00570-JCM-PAL<br><br>ORDER |

Before the court is the Notice of Settlement Between Plaintiff and Ocwen Loan Servicing, LLC (Dkt #18) filed September 30, 2015, in which Defendant Ocwen advises that a settlement has been reached and the parties anticipate filing a stipulation to dismiss within 60 days. Accordingly,

**IT IS ORDERED** that that parties shall have until **November 30, 2015,** to either file a stipulation to dismiss, or alternatively, a joint status report with the court advising when the stipulation will be filed.

DATED this 8th day of October, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE