1

2

3

4                        UNITED STATES DISTRICT COURT

5                             DISTRICT OF NEVADA

6                                    * * *

7   MARGARET TYREE,                            Case No. 2:15-cv-00570-JCM-PAL

8                            Plaintiff,                    ORDER

9        v.

10  OCWEN LOAN SERVICING, LLC, et al.

11                           Defendants.

12        Before he court is the Notice of Change of Status of Counsel (Dkt. #23) filed December

13  1, 2015.  The notice states that attorney Danny J. Horen left the law firm of Kazerouni Law

14  Group, APC on December 1, 2015, and requests that attorney Michael Kind of Kazerouni Law

15  Group, APC be substituted in the place of Mr. Horen.

16        Leave of court is required to allow an attorney to withdraw once an appearance has been

17  made which requires notice to and the consent of the affected client.  See, LR IA 10-6(b).    Mr.

18  Horen is the only person from the law firm of Kazerouni Law Group APC who has made an

19  appearance in this case.  A notice is insufficient.  Accordingly,

20        **IT IS ORDERED** that the parties Notice of Status of Counsel (Dkt. #23) is **DENIED**

21  **without prejudice**.  Counsel shall comply with LR 10-6 in further requests of this nature.

22        DATED this 14th day of December, 2015.

23

24                                        _____
                                          PEGGY A. LEEN
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28