1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

MARGARET TYREE,

Case No. 2:15-cv-00570-JCM-PAL

8

Plaintiff,

ORDER

9

v.

10

OCWEN LOAN SERVICING, LLC, et al.,

Defendant.

11

12      Before the court is the Notice of Settlement Between Plaintiff and Defendant Wells Fargo

13 Dealer Services (Dkt #27) filed January 20, 2016.  The parties advise that a settlement has been

14 reached and anticipate filing a stipulation to dismiss within 60 days.  Accordingly,

15      **IT IS ORDERED** that that Plaintiff and Defendant Wells Fargo Dealer Services shall

16 have until **March 21, 2016,** to either file a stipulation to dismiss, or alternatively, a joint status

17 report with the court advising when the stipulation will be filed.

18      DATED this 27th day of January, 2016.

19
20
21

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1