Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Margaret Tyree*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET TYREE,<br><br>          Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING,<br>WELLS FARGO DEALER<br>SERVICES and EQUIFAX<br>INFORMATION SERVICES,<br>LLC,<br><br>          Defendants. | Case No.: 2:15-cv-00570-JCM-PAL<br><br>**SECOND STATUS REPORT<br>REGARDING SETTLEMENT<br>BETWEEN PLAINTIFF AND<br>DEFENDANT OCWEN LOAN<br>SERVICING** |

**STATUS REPORT**

The dispute between Plaintiff Margaret Tyree ("Plaintiff") and Defendant Ocwen Loan Servicing ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement.  On December 15, 2015, Plaintiff sent an executed copy of the approved settlement agreement to Defendant.   Plaintiff is waiting for Defendant to execute the agreement and to fulfill the settlement terms before filing dismissal documents as to Defendant in this case.

Additionally, Plaintiff is aware of this Court's January 28, 2016 Order instructing the Parties to file their stipulation to dismiss, or a "**joint**" status report advising when the stipulation will be received.   Plaintiff, however, has not been able to obtain a joint report but anticipates that Defendant with either file a joinder to this status report or otherwise advise this Court when the stipulation will be received.

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court set a deadline on or after March 23, 2016 for Plaintiff to dismiss Defendant.

DATED this 22nd day of February 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117

KAZEROUNI LAW GROUP, APC
7854 West Sahara Avenue
Las Vegas, Nevada 89117

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 22, 2016, the foregoing Status Report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

IT IS ORDERED that the parties shall have until March 31, 2016, to file their stipulation to dismiss or a joint status report advising when the stipulation will be received.

IT IS FURTHER ORDERED that counsel shall, in future joint status reports that request relief from this court, submit a proposed order in compliance with LR 6-2.

Dated: March 1, 2016.

Peggy A. Leen
United States Magistrate Judge