Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Margaret Tyree*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET TYREE,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, WELLS FARGO DEALER SERVICES and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-00570-JCM-PAL<br><br>**THIRD JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO DEALER SERVICES** |

## JOINT STATUS REPORT

The dispute between Plaintiff Margaret Tyree ("Plaintiff") and Defendant Wells Fargo Dealer Services ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have exchanged copies of an approved settlement agreement, executed by Plaintiff and are waiting for Defendant's execution of the agreement and disbursement of settlement funds.  The Parties anticipate filing dismissal documents as to Defendant within 30 days.  The Parties requests that all pending dates and filing requirements as to Defendant continue to be vacated and that the Court set a deadline on or after June 19, 2016 for the Parties to file dismissal documents.

DATED this 23rd day of May 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SNELL & WILMER L.L.P.**

By: /s/ Daniel S Ivie
Daniel S Ivie, Esq.
Richard Gordon, Esq.
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
*Attorneys for Wells Fargo Dealer Services*

**IT IS ORDERED** that the parties shall have until June 19, 2016, to file the stipulation to dismiss.  NO FURTHER EXTENSIONS WILL BE ALLOWED.

Peggy A. Leen
United States Magistrate Judge

Dated: May 31, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 23, 2016, the foregoing THIRD JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO DEALER SERVICES was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117