Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Margaret Tyree*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET TYREE,<br><br>  Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, WELLS FARGO DEALER SERVICES and EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No.: 2:15-cv-00570-JCM-PAL<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Margaret Tyree and Defendant Wells Fargo Dealer Services ("Wells Fargo") stipulate to dismiss with prejudice Wells Fargo from this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 16th day of June 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SNELL & WILMER L.L.P.**

By: /s/    Daniel S Ivie
Daniel S Ivie, Esq.
Richard Gordon, Esq.
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
*Attorneys for Wells Fargo Dealer Services*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 16, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 16, 2016, the foregoing Stipulation of Dismissal was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117